IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

Bernard Madoff;
Jonathan Lee Riches;
Plaintiffs

v.

CASE NO: 4:09cv323-SPM/WCS

Byrd Billings;
Melanie Billings;
Irving H. Picard;
Frank Dipascali;
David Friehling;
Leonard Patrick Gonzalez JR;
Ashley Markham;
Defendants

[ 28 USC 1331
Preliminary Injunction, Temporary Restraining order, TRO ]

Comes Now, the Plaintiffs Bernard Madoff & Jonathan Lee Riches facing imminent danger and bodily harm from each of the Defendants, we are scared to death and are in fear of the defendants who have told us personally that they are going to break into our family houses, steal our life savings and embarrass us in front of our children. Leonard Patrick Gonzalez JR. bought Ninja suits for the defendants who were trained in Marshal Arts by Kung Fu master David Caridine and plan to karate kick our heads, break into our vaults to steal treasury bonds and ponzi note blueprints and financial fraud secret recipes from the cornoel. The Billings plan to shoot us with cannons from Custer Battlefield outside Billings Montana. Defendants were featured on Unsolved Mysteries for unsolved home invasions in the Watts section of LA and Defendants broke into Watergate and looted Tyco. We have evidence that Picard is financing the operation to kill Fedel Castro and Picard plans to rip off the United Way and soup kitchens and he plans to defend Warren Jeffs. We are shivering in our jail cells, we are in solitary in PC protection because Defendants plan to scale the fences with

chuck Norris and rescue us from the Bureau of Prisons POW camps and torture us with jumper cables and Quaker State oil. We are being sexually abused by Defendants in Phil Drummonds Penthouse, Different Strokes and Riches is suffering Anorexia with Dana Plato because of the Defendants masterminding, we are subjected to poisonous Florida oranges and the Billings plan to abdopt us with the Jolie/Pitts/Madonnas and force us to globetrot on our expense. Defendants plan to tatoo Ponzi on our foreheads and beat us with locks in a sock a part of a prison gang initiation. The Billings financed all of the Montana Freeman, they tied us up and threatened to cook the books in our microwave, the Defendants scare us so much we are afraid of our shadows and spiders and the boogie man, we seek restraining orders and to be placed in the witness protection plan, we pray this honorable court for relief.

respectfully,

*Bernard Madoff* 8-15-2009

Bernard Madoff
#61727-054
Old NC Highway 75
Butner, NC 27509

8-16-09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812