# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JONATHAN LEE RICHES,**
**BERNARD MADOFF,**

    **Plaintiffs,**

vs.                                         Case No. 4:09cv323-SPM/WCS

**BYRD BILLINGS, et al.,**

    **Defendants.**

_____/

## O R D E R

Plaintiffs have attempted to submit a civil rights complaint. Doc.1. The two Plaintiffs are not located at the same institution and could not have signed the complaint one day apart. Doc. 1, p. 2. The allegations are, more importantly, frivolous and fanciful. Should Plaintiffs seek to litigate this case, they must do so separately. Two prisoners may not combine a case for the purpose of paying only one filing fee.

Further, Plaintiffs did not pay the filing fee for this case, nor did they submit an *in forma pauperis* motion. The Clerk will be directed to provide this order to Plaintiff Jonathan Lee Riches, the most likely author of the document filed in this case. It is highly doubtful that Bernard Madoff signed this complaint. Should Plaintiff Riches have

allegations to present of a constitutional violation, Plaintiff may file an amended complaint in this case. Plaintiff Riches must simultaneously submit either the filing fee or file an *in forma pauperis* motion, supported by the required financial affidavit. Plaintiff must honestly disclose all prior cases he has filed, and Plaintiff must use the complaint form provided to him. Finally, if Plaintiff cannot demonstrate how this case should proceed in the Northern District of Florida, Plaintiff should file a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a). Such a notice should also be carefully considered if Plaintiff is unable to present more than a fanciful description of events which are untrue and frivolous, and waste the Court's time.

Accordingly, it is **ORDERED:**

1. The Clerk of Court is directed to forward to Plaintiff Jonathan Lee Riches a § 1331 civil rights complaint form and *in forma pauperis* packet for federal prisoners so that Plaintiff can file the amended complaint as explained above.

2. Plaintiff shall have until **October 9, 2009**, to file an amended civil rights complaint, which shall be typed or clearly written and submitted on court forms, and either pay the filing fee for this case or submit a completed *in forma pauperis motion* and financial affidavit with the required inmate bank account information.

3. Alternatively, Plaintiff should file a notice of voluntary dismissal by **October 9, 2009**.

4. **Failure to comply with this Court order may result in a recommendation of dismissal of this action.**

5.  The Clerk of Court shall return this file to me upon receipt of Plaintiff's compliance with this order or no later than October 9, 2009.

**DONE AND ORDERED** on September 8, 2009.

        <u>s/     William C. Sherrill, Jr.</u>
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**