4:09CV323-SPM/WCS

JONATHAN LEE RICHES #40948-018
WILLIAMSBURG FEDERAL C.I.
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590

Doc #3-Order

Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
Attempted-Not Known
No Such Street ☐ Number
Vacant ☐ Illegible
No Mail Receptacle
Box Closed-No Order
Returned For Better Address
Postage Due

HASLER  $1.39
09/08/2009
Mailed From 32301
US POSTAGE

RETURN TO SENDER
___ Unauthorized correspondence
_✓_ Wrong Inmate Name/Register Number
___ Inmate no longer at this facility
___ Package authorization not on file
___ Not an authorized vender for books/magazines